**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE
2026 JUN 12 PM 3: 43

**LAP-SUN CHAN**
   **Plaintiff**

             Index: **26 CV 5083**

-v-

**CT PHIPPS aka CHARLES T. PHIPPS**       **LAWSUIT**
**MICHAEL SUTTKUS**
**CROSSROAD PRESS**
   **Defendants**

_____x

CIVIL CASE – LAWSUIT, THE UNITED STATES DISTRICT COURT:

This lawsuit is invoked due to Title 17 of the United States Code. It is an intellectual property case.

1 – The plaintiff is me, Lap-Sun Chan. My legal name is Lap-Sun Chan. I am also called Larry Chan, because it is easier to pronounce. I was formerly known as Kenneth Eng. My address is 4266 Saull Street, Flushing, NY 11355. The court may send correspondence to this address.

2 – The defendants are Michael Suttkus and CT Phipps. Their publishing company, Crossroad Press, is also a defendant. These people stole my idea and infringed upon my copyrighted material. Michael Suttkus resides at 909 Lee Street, Leesburg, FL 34748, according to public records. CT Phipps (Charles T. Phipps) resides at 11700 Deering Street, Livonia, MI, or 2757 Brassfield Cir, Shelbyville, KY 40065, or 1130 Poplar Avenue, Ashland, KY 41101. Crossroad Press is located at 141 Brayden Dr, Hertford, North Carolina.

3 – I am going to outline the case in sections. Please be aware that I am not a lawyer, and I know little about legal process. I am trying my best to handle this as professionally as possible.

Section 1:

In the summer of 2016, I created an idea for a creature called the pentagra. It was an anthropomorphic deer that was able to disguise itself by emitting pheromones that made it look like a human. The pentagra was always in beast form, but to human beings, it appeared to be an attractive woman. Its primary weapon was weaponized silk that it fashioned into lingerie. The silk garments amplified its attacks so that a kick or a slap could tear through metal. Its primary martial art was ballet. It obtained strength whenever Mars was in the sky.

Unfortunately, I am a handicapped man. I have been handicapped since the summer of 2013. For years, I have been in constant pain. In 2016, I was unemployed and very ill, and I was talking to myself constantly. Unfortunately, the window in my residence was open and anyone outside

could have heard me talking about my new ideas. I am afraid I accidentally spoke of the pentagra, where it could be heard out the window. Basically, anyone passing by the window could have heard the idea and easily stolen it.

In October 2016, I regained some presence of mind and decided to copyright my ideas. The registration certificate is PA 2-041-578. It is dated October 20, 2016. This is Exhibit A. If the court accesses this document from the Library of Congress, it can be seen that I described the pentagra in detail. Back then, I was known as Kenneth Eng.

Also in October 2016, I self-published two pamphlets outlining my ideas (Exhibit B). As the court can see, these pamphlets were low-quality books on Createspace. The purpose of this was to establish a publication date. I should have done this sooner, had I presence of mind. As can be seen, the cover art is very low quality, and honestly, horrid. I created the cover art too, on a 3D animation program, which is a reflection of how ill I was. I truly am disabled.

Exhibit B shows the glossary of one of the pamphlets. It also shows the back page barcode which has a date of printing. This is the link:

https://www.amazon.com/-/es/Genghis-Forever/dp/1539540987

In November 2016, I published a lengthier pamphlet (Exhibit C). As can be seen in the photographs of Exhibit C, I described the ideas in detail. I photographed a physical printing of the pamphlet, which I published under the name "Dr." Kenneth Eng. I am not a doctor. I was afraid someone would find my home address, so I stated "Dr." to confuse stalkers.

This is the link to the pamphlet published in November 2016:

https://www.amazon.com/Were-3rd-Dr-Kenneth-Eng/dp/1540451143/ref=sr_1_1?dib=eyJ2IjoiMSJ9.vDGJSdvtGSJfFBe3zZiX8w.4fGrOomiZcbLUeMUnESjegTRj0vwKV-JfgodR4lRjJ8&dib_tag=se&qid=1781035437&refinements=p_27%3ADr.+Kenneth+Eng&s=books&sr=1-1&text=Dr.+Kenneth+Eng

On May 13, 2017, I published a self-published book called Weredragons and Other New Monsters. It was published on Createspace. I also self-published this on the website Lulu in March or April 2017, but I had to remove this publication because Lulu's customer service was rude. Exhibit D demonstrates that I again described the idea in detail. Exhibit D contains photographs of a physical printing of the book, and its glossary.

This is a link to the book's Amazon page, demonstrating its publication date:

https://www.amazon.com/Weredragons-Other-New-Monsters-Kenneth-ebook/dp/B071S5BMWH

If the court prefers, I can find screenshots of the publication on Lulu. The reason I am not including it now is because it would take some time, and I would like to initiate this lawsuit ASAP. I have many files to search through. I can include these screenshots upon request.

Section 2:

On September 21, 2017, CT Phipps and Michael Suttkus published a book called "I Was A Teenage Weredeer." The publisher was Crossroad Press. The book is about a woman named Jane Doe who can transform into a deer with psychic abilities (Exhibit E). This is clearly similar to my idea. I conceived of the pentagra over a year before their book was published, and on top of that, my book was published before theirs, several times.

Phipps and Suttkus continued to infringe upon my intellectual property. On October 24, 2017, they published a sequel, An American Weredeer in Michigan. On June 13, 2021, they published another sequel, A Nightmare on Elk Street.

The following are links on Amazon.com:

https://www.amazon.com/Teenage-Weredeer-Bright-Falls-Mysteries-ebook/dp/B075TTN2FN

https://www.amazon.com/American-Weredeer-Michigan-Mystery-Mysteries/dp/1946025860

https://www.amazon.com/Nightmare-Elk-Street-C-Phipps/dp/1637899386

I believe someone outside my residence heard me talking loudly about my new ideas. It might have been a friend of Phipps and Suttkus.

I reiterate, the similarities are striking. My pentagra was also an anthropomorphic deer. Pentagras are a matriarchal species, and most of their population is female. They fight by dancing ballet.

Strikingly, CT Phipps stated on his blog on July 24, 2017: "I wanted to let my fans know I have a new work in process. I know I should be finishing up all of my existing IPs and not creating new ones but this one is harder than most to ignore. It's about 45K into a 90K novel hard to ignore and that's only been written in the past month."

This is shown in Exhibit F. This is the link to the blog:

https://ctphipps.com/2017/07/24/new-book-i-was-a-teenaged-weredeer/

If he only wrote about it in the "past month", that means he started in June 2017. This was approximately the time of the publication of Weredragons and Other New Monsters. This is not a coincidence.

CT Phipps and his writing partner stole my idea. I am not surprised, considering that I was talking out loud, but in any case, I am still annoyed.

Section 3:

I am demanding $2,000,000. I am also demanding acknowledgement that this was my idea. My intellectual property is more important to me than any amount of money. I am more bothered that they stole my idea than the amount of money they made from it. It is a matter of principle.

I reiterate that I am severely disabled. I have an immune disorder that causes me to urinate constantly. My muscular system is extremely weak and I cannot gain weight. I am in a constant state of fatigue. I cough nonstop. Neighbors often hear me coughing in the middle of the night. I live a very bleak existence. Folks who have immunological disorders normally struggle to survive and function in normal tasks.

It is unfortunate that I had a habit of talking to myself, but I was in extreme pain. It was only in January 2022 that I found a method of managing my illness to a level where I could function at a very basic level. Even then, I am still disabled. I have difficulty leaving the residence, and I mostly have to order supplies on the internet because I can't go outside and lift heavy objects.

I demand a jury trial.

I am also trying to process this lawsuit "in forma pauperis", or that's what I think the terminology is. I only have a part-time job currently, and I am barely able to survive. I understand that the court works diligently and folks who process lawsuits should not be doing so for free, but I am desperate. I ask that the court grant me leniency this once, and please waive the fee. It would be appreciated.

I can also demonstrate my medical records as an exhibit.

Signed,

Lap-Sun Chan
4266 Saull Street
Flushing, NY 11355
Date: June 9, 2026

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-041-578

**Effective Date of Registration:**
October 20, 2016

---

## Title

| | |
|---|---|
| Title of Work: | Were |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | October 14, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Kenneth C Eng |
| Author Created: | text |
| Citizen of: | United States |
| Year Born: | 1983 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Kenneth C Eng |
| | 4266 Saull Street, Flushing, NY, 11355 |

## Certification

| | |
|---|---|
| Name: | Kenneth Eng |
| Date: | October 20, 2016 |

# Exhibit B

lit rooms or well-lite rooms. This makes them the opposite of vampires.

4 – They have genius-level intellects. This is matched by their cowardice.

5 – As unicras have control over most of the medical industry, they can easily cover up any dead werefolk bodies found by the police.

Weresharks:

1 – They have full strength when Neptune is in the sky.

2 – They are anthropomorphic sharks permanently. They can never transform into human form, ergo must exist in hiding.

3 – They cannot speak because they are anthropomorphic sharks. However, they are about as intelligent as the average human.

4 – Their skin can rip through metal. It is an enhanced version of normal shark skin.

5 – They are vulnerable to magnets. Magnetic bullets or magnetite swords would kill them.

Pentagras:

1 – This is a species of anthropomorphic equines and their kin. For example, minotaurs, goats and anthropomorphic giraffes would fall under their classification.

2 – They are always in beast form, but produce pheromones that prevent humans from noticing them. To humans, they always look like normal pedestrians. This is where the myth of demons comes from.

3 – Mars is their familiar planet, and they gain extra power when this planet is in the sky, depending on the phase.

Werefoxes:

1 – A species of anthropomorphic foxes.

2 – Their power planet is Venus, which means they can only transform into werefox beast form during the brief morning light.

3 – In beast form, they are extremely vicious, even more so than weredragons. They are known for their insane speed and incredible accuracy in striking.

4 – Werefoxes tend to be unable to control their sexual urges, and in humanoid form are extremely romantic and sensual.

5 – These are not werewolves. They have nothing to do with the moon.

Case 1:26-cv-05083-LTS   Document 1   Filed 06/12/26   Page 11 of 50



# Exhibit C

# WERE

By
Dr. Kenneth Eng

BESTIARY

## Weredragons

1 – Their power increases when Jupiter is in the sky.
2 – They have poison that can cause degrees of mind control depending on the weredragon's power and the subject's resistance. The poison bite can also be used to heal humans and other weredragons, but it requires years of training to master the art of venom.
3 – They can transform into anthropomorphic reptiles or remain in human form.
4 – Gold is toxic to their biochemistry.

## Unicras

1 – They are vulnerable to darkness, and require constant light.
2 – They are immune to poisons.
3 – They cannot transform into beast forms. They always look human.
4 – Being a genius is natural for them, as is cowardice.
5 – As unicras have control over most of the medical industry, they can easily cover up any dead werefolk bodies found by the police.

## Weresharks

1 – Their power planet is Neptune.
2 – They are always in beast form as anthropomorphic sharks or rays. Since they cannot appear human, they must exist in hiding. Further, they cannot speak human words, but have the same intelligence as an average man.
3 – Their skin can rip through metal. It is an enhanced version of normal sharkskin.
4 – They are vulnerable to magnets. Magnetic bullets or magnetite swords can kill them.

## Pentagras

1 – This is a species of anthropomorphic equines and their kin. For example, minotaurs, goats and giraffes would fall under their classification.

2 – They are always in beast form, but produce pheromones that prevent humans from noticing. To humans, they always look like normal people. This is where the myth of demons comes from.

3 – Mars is their familiar planet. They acquire extra power when this planet is in the sky, depending on the phase and its relative position to Earth.

4 – They are vulnerable to sugar. Sugar is toxic to them, but the medical reasons are unknown due to the secrecy of pentagra society.

## Werefoxes

1 – A species of anthropomorphic foxes.

2 – Their power planet is Venus, which means they can only transform into beast form during the brief morning light.

3 – In beast form, they are extremely vicious, even more so than weredragons. They are known for their insane speed and accuracy.

4 – Werefoxes tend to be unable to control their sexual urges.

5 – They have no known weaknesses. Not enough subjects exist to conduct an extensive study on the matter. No werefox has ever been captured.

## Insectra

...heir power planet is Saturn. They gain additional strength when ...his planet is at full speed.

...nanoid, but with every appearance of Saturn, ...ly. This results in any number of physiological ...gth, poison, and enhanced vision. However, ...into full beast form, and can usually pass for ...of life.

...ous to them.



64076918R00030

Made in the USA
Charleston, SC
19 November 2016

Deliver to Lap
Flushing 11355
All ▾    were Kenneth eng
EN ▾    Hello, Larry
Account & Lists ▾    Returns
& Orders    0
Cart

All    Early Prime Day    Health AI    Same-Day Delivery    Amazon Haul    Guardians vs. Yankees live now

books    Shop Books    Early Book Deals    Categories    New & Trending    Deals    More    Your Books    Earn 2x Kind

prime day    Great Audible listens from $4.99

Books › Science Fiction & Fantasy › Science Fiction › Adventure





By
Dr. Kenneth Eng

## ...ere (3rd Edition)

Dr. Kenneth Eng (Author)    Format: **Paperback**

WERE Werefolk have been part of human lore for centuries. However, these monsters are not governed by the moon, and are not afraid of daylight. Diane is a weredragon. Influenced by the phases of Jupiter, she can control minds with her fangs, transform into a reptilian beast, and regenerate limbs. Her father has been killed by the unicras -- a genius race of shadow-fearing manipulators -- and she's out for revenge. Gold bullets can kill her, but she has enough darkness in her heart to wipe them all out. It's time for new folklore. It's time for Were.

Report an issue with this product or seller

| Print length | Language |
|---|---|
| 52 pages | English |

See all details

**Paperback**
—

**Out of Print--Limited Availability.**
Deliver to Lap - Flushing 11355

Add to Auto Buy

Add to List

CROOKED STICKS

Crooked Sticks: A Dystopian Novella
by M. Christopher Fleege
5
$1.99    Kindle Edition
M. CHRISTOPHER FLEEGE
Shop now ›

Sponsored

**Products related to this item** Sponsored ⓘ    Page 1 of 58

Just released



**Terras: Book one of the Tree of Tales (The Tree of Tales Trilogy)**
Peter Mitchell
2
Hardcover
$23⁰⁰
FREE delivery **Sun, Jun 14** for Prime members



**The Iron Fleet: Books 1-3 (An Epic Military Science Fiction Box Set)**
Daniel Gibbs
110
Kindle Edition
$0⁹⁹



**The Silicomancer's Apprentice (The Fire and Lightning Cycle Book 1)**
Hamil C. Davies
*To liberate their besieged city, an apprentice glassmaker and her aging mentor must uncover the long-lost secrets of crafting magical pearls.*
3
Kindle Edition
$3⁹⁹



**World of Tethys: Book 1 - Sky City**
D.C. Barletta
3
Paperback
$17⁹⁹
FREE delivery **Fri, Jun 12**



**The Adventures of The Smuggling Clasby: The Search for The Lost Stash**
Rosa Clasby
*Sail the high seas with the crew of The Black Star and join the adventures of Smuggling Clasby and his crew.*
2
Paperback
$7⁹⁹
FREE delivery **Fri, Jun 12**

---

## 4 stars and above Sponsored ⓘ

Page 1 of 2



**Heir of Ra (Blood of Ra Book One)**
M. Sasinowski
*Lara Croft meets Da Vinci Code in this award-winning series. "One of the best conceived & executed fantasy adventures" -San Francisco Review of Books*
3,209
Kindle Edition
-86% $0⁹⁹
Digital List Price: $6.99



**Beelzebub: A Memoir (Circles in Hell Book 6)**
Mark Cain
536
Kindle Edition
$4⁹⁹



**Sweet Blood of Mine: Book One of the Overworld Chronicles**
John Corwin
1,347
Paperback
$16⁹⁹
FREE delivery **Fri, Jun 12**



**After the End Series: (Books 1-7): A Gripping Post-Apocalyptic EMP Survival Thriller**
Sam J Fires
590
Kindle Edition
$3⁹⁹



**Soul Seer: Urban Fantasy Mystery Thriller (Overworld Underground)**
John Corwin
79
Paperback
$16⁹⁹
FREE delivery **Fri, Jun 12**

---

## Product details

**Publisher** : CreateSpace Independent Publishing Platform

**Publication date** : November 16, 2016

**Edition** : 3rd

**Language** : English

**Print length** : 52 pages

**ISBN-10** : 1540451143

**ISBN-13** : 978-1540451149

**Item Weight** : 3.84 ounces

**Dimensions** : 5 x 0.12 x 8 inches

## Products related to this item Sponsored ⓘ

Page 1 of 58













| | | | | |
|---|---|---|---|---|
| World of Tethys: Book 1 - Sky City | Kaira, and the Thugs of Serefell: The Skyfarer Saga | The Iron Fleet: Books 1-3 (An Epic Military Science Fiction Box Set) | Aurora's Edge: A Space Age Adventure: Sabotage | Terras: Book one of the Tree of Tales (The Tree of Tales Trilogy) |
| D.C. Barletta | JT Chugg | Daniel Gibbs | Dane Reavers | Peter Mitchell |
| 3 | *Join Kaira in a fun Middle Grade novel as she takes you through an adventure of a lifetime, all in the hopes to find her family. Available March 22!* | 110 | *A girl running from her past. A ship running toward danger. If you love Red Rising and Project Hail Mary, this will pull you in fast.* | 2 |
| Paperback | | Kindle Edition | | Paperback |
| $17⁹⁹ | 1 | $0⁹⁹ | 3 | $18⁴⁵ |
| | Paperback | | Hardcover | |
| FREE delivery **Fri, Jun 12** | $9⁹⁹ | | $27⁹⁹ | FREE delivery **Fri, Jun 12** |
| | FREE delivery **Fri, Jun 12** | | FREE delivery **Fri, Jun 12** | |

Sponsored

## Rate today's book shopping experience

Very poor    Poor    Neutral    Good    Great

## Looking for specific info?

Search in reviews, Q&A...    Search

# Exhibit D

Chieftain – The king of the weresharks is usually the oldest member of the tribe.

## Pentagras

**Familiar Planet**: Mars
**Vulnerability**: Sugar
**Metamorphosis**: Pentagras are always in beast form (anthropomorphic minotaurs, goats, giraffes, reindeer and other equines). However, they emit pheromones that prevent humans from seeing them for their true form. Humans see them as ordinary people with enhanced sexual appeal. Typically, pentagras appear to be redheaded Scots. When Mars is fully lit, their power increases. Crescent Mars will also increase their power, but not as much. If Mars is closer to the planet, their power rises. When Mars moves in a retrograde fashion, however, pentagras become confused and may stop producing pheromones.
**Weapons**:

Pheromones – These molecules are more powerful than weredragon venom when it comes to mind control. No human can resist a pentagra. Male humans can be killed by the pheromones of a female pentagra, in the same way that female humans can be killed by male pentagra scent. Some werefolk can be influenced by pentagra allure.

Balance – Pentagras can climb vertical surfaces and traverse extremely rough terrain. They can sleep while clinging onto a cliff face, giving them an advantage in stealth.

Sex – Pentagras are masters of seduction and are geniuses in psychology/reading people's faces and gestures.
**Behavior**: Pentagras are as sexy as weredragons, and their entire species is founded on copulation and orgasm. Their diet consists of extremely salty foods. They control the pornography and cosmetics industry, and many famous models were of pentagra descent (Marilyn Monroe, Helen of Troy). Their society is based on breeding, and they are very close. When a stranger dies, it is the same as losing a son. They live in congregations that are have excessive decadence, but they are hardly defenseless. Every month, they pay tribute to their god of sex.
**Lifespan**: 30 Years
**Units**:

192

Deliver to Lap
Flushing 11355

All ▼    weredragons and other new ı

EN ▼    Hello, Larry
Account & Lists ▼

Returns
& Orders

0

Cart

All    Early Prime Day    Health AI    Same-Day Delivery    Amazon Haul    Medical Care ▼    Prime Video    Buy Again

books    Shop Books    Early Book Deals    Categories    New & Trending    Deals    More    Your Books    Shop early I

**Kindle Unlimited: 3 months free**

Kindle Store › Kindle eBooks › Literature & Fiction › Mythology & Folk Tales › Folklore

Purchased on May 15, 2017    View order | View Your Books | Discover more



Read sample

Supernatural
fiction

205 pages

See all details

⚑ Report an issue with this product or seller

This title is only available on select devices and the latest
version of the Kindle app. Please refer to the supported
device list before purchase. Available on these devices

| Kindle | Paperback |
|---|---|
| **$0.00**<br>or $0.99 to buy | — |

Read Now

You already own this item. Read anytime in
your browser, or on your Kindle apps and
devices.

**Buy for others**

Give as a gift or purchase for a team or
group.
Learn more

Buy for others

Add to List

 **Crimson Seventeen**
by Gatsby Cristo

1

$3.99  |  Kindle Edition

Shop now ›

Sponsored

Sponsored

## Products related to this item Sponsored ⓘ

Just released



**Portal to Nova Roma: Paris**
J.R. Mathews
311
#1 Best Seller
Kindle Edition
$6⁹⁹



**The Thorn Guard of Cyranessa (The Restoration Cycle Book 1)**
Christopher Michael
9
Kindle Edition
$4⁹⁹



**The Book of Days (A Rogue Destiny Novel 3)**
Paul Tallman
4
Kindle Edition
$4⁹⁹



**Territorial War: The Legends of Old**
Lewis McDonald
*Prophecy has foretold a great dragon will destroy the world, but a group of unlikely allies plan to change their fates. Will they be able to succeed?*
1
Kindle Edition
$6⁹⁹



**The Logic of Peace: Episode One**
Thomas Emerson
10
Kindle Edition
$0⁹⁹

## Product details

**ASIN** : B071S5BMWH

**Accessibility** : Learn more

**Publication date** : May 13, 2017

**Language** : English

**File size** : 1.1 MB

**Screen Reader** : Supported

**Enhanced typesetting** : Enabled

**X-Ray** : Not Enabled

**Word Wise** : Enabled

**Print length** : 205 pages

**Page Flip** : Enabled

**Grade level** : 9 - 12

**Reading age** : 16 - 18 years

**Genre** : Supernatural fiction

**Customer Reviews:** 1.4          (3)

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Products related to this item Sponsored ⓘ



Just released

**EVERYONE DIES**
DANIEL ROY GREENFELD

Everyone Dies: Seven companions walk a path no one survives
Daniel Roy Greenfeld

*Fate Is Already Waiting. This is a grimdark fantasy with doomed companions, hard choices, bitter loyalty, and deaths that change the battle.*

8

Kindle Edition
$0⁹⁹



**THE LOGIC OF PEACE**
THOMAS EMERSON

The Logic of Peace: Episode One
Thomas Emerson

10

Kindle Edition
$0⁹⁹



**THE NEW NORMAL**
P A WILSON

The New Normal: An Epic Fantasy Redemption Story (The Cartref Sagas Book 2)
P A Wilson

2

Kindle Edition
$4⁹⁹



**JAMES PATRICK KILFORD**
**DIE REINHEIT**

Die Reinheit: Volume 1 of the Operant Saga
James Patrick Kilford

*Powerful psychics are emerging worldwide. As Nazi Germany weaponizes them, a secret order builds the foundations of an Operant Reich.*

3

Kindle Edition
$2⁹⁹



**Thorn Guard Cyranessa**

The Thorn Guard of Cyranessa (The Restoration Cycle Book 1)
Christopher Michael

9

Kindle Edition
$4⁹⁹

---

## Rate today's book shopping experience

Very poor    Poor    Neutral    Good    Great

---

## Looking for specific info?

Search in reviews, Q&A…                    Search

---

## Customer reviews

### 1.4 out of 5

3 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 40% |
| 1 star | | 60% |

How customer reviews and ratings work

## Top reviews from the United States

AbcD

**Trilling Masterpiece!**

Reviewed in the United States on January 14, 2019
Format: Kindle

I could not put down this book by Kenneth "God of the Universe" Eng. He explores new literary territories with concepts that defy imagination, logic and space. The only drawback is the book has to come to an end. He should do a book series on this hot chick that turns into a weredragon. Thank you for another masterpiece!

( Helpful )        Report

Amazon Customer

**Hate Speech in product description**

Reviewed in the United States on February 27, 2018
Format: Kindle

# Exhibit E

Amazon.com: I Was a Teenage Weredeer (United States of Monsters Book 7) eBook : Phipps, C. T., Suttkus, Michael: Kindle Store

6/9/26, 6:16 PM

Case 1:26-cv-05083-LTS     Document 1     Filed 06/12/26     Page 41 of 50

Deliver to Lap
Flushing 11355

Kindle Store ▾    Search Amazon

EN ▾    Hello, Larry
Account & Lists ▾

Returns
& Orders

0
Cart

All         Early Prime Day    Health AI    Same-Day Delivery    Amazon Haul    Medical Care ▾    Prime Video    Guardians vs. Yankees live now

books    |    Shop Books    Early Book Deals    Categories    New & Trending    Deals    More    |    Your Books    **Earn 2x Kindle Points**

## Customers who viewed this item also viewed



**Psycho Killers in Love (United States of Monsters Book 1)**
4.3              101
$0⁹⁹



**An American Weredeer in Michigan (United States of Monsters Book 8)**
4.5              81
$4⁹⁹



**The Rules of Supervillainy (The Supervillainy Saga Book 1)**
4.4              1,056
$0⁹⁹

Kindle Store › Kindle eBooks › Science Fiction & Fantasy › Fantasy › Paranormal & Urban › Urban



**Read sample**

▶ **Preview audio**

## Follow the authors

C.T. Phipps      ( Follow )

Michael Suttkus   ( Follow )

# I Was a Teenage Weredeer (United States of Monsters Book 7)

by C. T. Phipps (Author), Michael Suttkus (Author)      Format: **Kindle Edition**

4.3            (205)

**3.9 on Goodreads** 303 ratings
Book 7 of 12: United States of Monsters

**\*\*\*2019 Independent Audiobooks Award Winner\*\*\***

FROM THE BEST SELLING AUTHOR OF THE SUPERVILLAINY SAGA

Jane Doe is a weredeer, the least-threatening shapechanger species in the world. Blessed with the ability to turn furry at will and psychically read objects, Jane has done her best to live a normal life working as a waitress at the Deerlightful Diner. She has big dreams of escaping life in the supernatural-filled town of Bright Falls, Michigan, and her eighteenth birthday promises the beginning of her teenage dreams coming true.

Unfortunately, her birthday is ruined by the sudden murder of her best friend's sister in an apparent occult killing. Oh, and her brother is the primary suspect. Allying with an eccentric FBI agent, the local crime lord, and a snarky werecrow, Jane has her work cut out for her in turning her big day around. Thankfully, she's game. Set in the same world as *Straight Outta Fangton*.

"I can't recommend it highly enough." - The Bookwyrm Speaks

"Urban Fantasy at its finest" - The Booknest.EU

"It's a weird, eccentric, quirky tale that often manages to be funny and horrifying at the same time – and completely pulls it off." - Beauty in Ruins
∧ Read less

⚑ Report an issue with this product or seller

| Book 7 of 12 | Print length | Language |
| --- | --- | --- |
| United States of Monsters | 275 pages | English |

See all details

This title is only available on select devices and the latest version of the Kindle

---

| Kindle | Audiobook |
| --- | --- |
| $0.00 or $4.99 to buy | $8.99/mo With membership |

| Paperback |
| --- |
| $12.99 |

Other Used and New from $12.99

**kindle**unlimited
Unlimited reading. Over 5 million titles.
Learn more

**Join Now**

— OR —

-62% $4⁹⁹
Print List Price: $12.99 ⓘ
You Earn: **30 pts** Details

**Buy now with 1-Click**

By placing an order, you're purchasing a content license & agreeing to Kindle's Store Terms of Use.

Sold by Amazon.com Services LLC.

☐ Add ◈ audiobook for $4.93 $19.91

**Buy for others**
Give as a gift or purchase for a team or group.
Learn more

**Buy for others**

**Send a free sample**

**Add to List**

Amazon.com: I Was a Teenage Weredeer (United States of Monsters Book 1) eBook : Phipps, C.T., Suttkus, Michael: Kindle Store

Case 1:26-cv-05083-LTS   Document 1   Filed 06/12/26   Page 42 of 50

6/9/26, 6:16 PM

app. Please refer to the supported device list before purchase.
Available on these devices

*The Isdal Woman is a sweeping historical thriller that gives a name, a history, and a voice to one of the twentieth century's most enduring...*



The Isdal Woman: Norway's Coldest Case by John Hall

4

$19.89
Paperback

Shop now ›

Sponsored

Sponsored

## Shop this series See full series

There are 12 books in this series.

| First 3 $10.97 | First 5 $20.95 | First 10 $45.90 | All 12 $55.88 |

See included items



Book 1 - Book 10

Kindle Price:         $45.90

Buy 10 items now with 1-Click

By placing your order, **you're purchasing a license to the content** and you agree to the Kindle Store Terms of Use.

## Customers who viewed this item also viewed

Page 1 of 2











| | | | | | |
|---|---|---|---|---|---|
| Psycho Killers in Love (United States of Monsters Book 1) | An American Weredeer in Michigan (United States of... | The Rules of Supervillainy (The Supervillainy Saga... | 100 Miles and Vampin' (United States of Monsters... | A Nightmare on Elk Street (United States of Monsters Book 10) | Straight Outta Fangton: A Comedic Vampire Story... |
| › C. T. Phipps | › C. T. Phipps | › C. T. Phipps | › C. T. Phipps | › C. T. Phipps | › C. T. Phipps |
| 101 | 81 | 1,056 | 113 | 42 | 302 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $0⁹⁹ | $4⁹⁹ | $0⁹⁹ | $4⁹⁹ | $4⁹⁹ | $4⁹⁹ |
| 6 pts | 30 pts | 6 pts | 30 pts | 30 pts | 30 pts |

## Customers also bought or read

Similar books | In this series |  by C.T. Phipps | Urban Fantasy | Funny

Case 1:26-cv-05083-LTS     Document 1     Filed 06/12/26     Page 43 of 50

Amazon.com: I Was a Teenage Weredeer (United States of Monsters Book 7) eBook : Phipps, C. T., Suttkus, Michael: Kindle Store

6/9/26, 6:16 PM


The Rules of Supervillainy (The...
4.4 ★★★★☆ 1,056
kindleunlimited
Kindle Edition
$0⁹⁹


The Supervillainy Saga: Books 1-6
4.4 ★★★★☆ 65
kindleunlimited
Kindle Edition
$6⁹⁹


Demon Overlord's Retirement Plan (A...
4.7 ★★★★★ 4,377
kindleunlimited
Kindle Edition
$3⁹⁹


Villains Vignettes: Volume 2 (Villains' Code)
4.8 ★★★★★ 657
kindleunlimited
Kindle Edition
$4⁹⁹


Space Academy Dropouts
4.4 ★★★★☆ 367
kindleunlimited
Kindle Edition
$0⁹⁹


Roverpowered: Tales of an Aspiring Alchemist...
4.6 ★★★★☆ 1,504
kindleunlimited
Kindle Edition
$2⁹⁹


Hell For F
Fantasy A
4.6 ★★★☆
kindleun
Kindle Ec
$4⁹⁹

---

## 4 stars and above Sponsored ⓘ

Page 1 of 2


My Favorite Horror Movie: 48 Essays By Horror Creators On The Film That Shaped Them
**Christian Ackerman**
*Featuring 48 introspective essays by horror legends and luminaries on the single film that helped shaped their lives!*
158
Kindle Edition
-65% $6⁹⁹
Print List Price: $19.99


Happy Wedding Day: A Slasher Horror
**Zachary Greaton**
*If you enjoyed SCREAM & I KNOW WHAT YOU DID LAST SUMMER then this is a MUST read. The first great slasher novel of the 2020s is here.*
86
Kindle Edition
$0⁹⁹


Would You Rather? Book : For Kids and Family: The Book of Silly Scenarios, Challeng...
**Riddleland**
757
Paperback
$11⁹⁷
**Two-Day**
FREE delivery **Thu, Jun 11**


Adult Coloring Book: 30 Day Of The Dead Coloring Pages, Día De Los Muertos
**ColoringCraze**
285
Paperback
$13⁹⁹
FREE delivery **Fri, Jun 12**


Would You Rather Game Book: For Kids 6-12 Years Old: The Book of Silly Scenarios, C...
**Riddleland**
6,415
Paperback
$11⁹⁷
FREE delivery **Fri, Jun 12**


Body Safety Book fo
Kids by Tim: Learn Through Story about Safety Circles, Privat
**Adrian Laurent**
171
Paperback
$12⁹⁹
**Two-Day**
FREE delivery **Thu, Jun**

---

## Product details

**ASIN** : B075TTN2FN

**Publisher** : Crossroad Press

**Accessibility** : Learn more

**Publication date** : September 21, 2017

**Edition** : 1st

**Language** : English

**File size** : 2.1 MB

**Screen Reader** : Supported

**Enhanced typesetting** : Enabled

**X-Ray** : Not Enabled

**Word Wise** : Enabled

**Print length** : 275 pages

**Page Flip** : Enabled

**Book 7 of 12** : United States of Monsters

**Best Sellers Rank:** #1,273,448 in Kindle Store (See Top 100 in Kindle Store)
#9,531 in Urban Fantasy (Kindle Store)
#10,614 in Urban Fantasy (Books)
#11,073 in Dark Fantasy Horror

Case 1:26-cv-05083-LTS    Document 1    Filed 06/12/26    Page 44 of 50

**Customer Reviews:** 4.3          (205)

## About the authors

Follow authors for new release and deal updates, plus improved recommendations. <u>See updates from all followed authors in Your Books.</u>



### C.T. Phipps

C.T Phipps is a lifelong student of horror, science fiction, and fantasy. An avid tabletop gamer, he discovered this passion led him

( Follow )     See more on the author's page ›



### Michael Suttkus

Discover more of the author's books, see sim recommendations and more.

See more on the author's page ›

( Follow )

## Related products with free delivery Sponsored ⓘ

     

**Adult Coloring Book: 30 Day Of The Dead Coloring Pages, Día De Los Muertos**
ColoringCraze
285
Paperback
$13⁹⁹

FREE delivery **Fri, Jun 12**

**Would You Rather Game Book: For Kids 6-12 Years Old: The Book of Silly Scenarios, C...**
Riddleland
6,415
Paperback
$11⁹⁷

FREE delivery **Fri, Jun 12**

**Creepy Kawaii Secret Worlds Coloring Book: A Coloring Book featuring Creepy Kawaii ...**
Mula Cha Cha
2
Paperback
$9⁹⁹
FREE delivery **Jun 13 – 14** for Prime members

**Creepy Kawaii Secret Worlds Coloring Book 2: A Coloring Book featuring Creepy Kawai...**
Mula Cha Cha
1
Paperback
-23% $7⁷⁰
List: $9.99
FREE delivery **Jun 13 – 14** for Prime members

**My Favorite Horror Movie: 48 Essays By Horror Creators On The Film That Shaped Them**
Christian Ackerman
*Featuring 48 introspective essays by horror legends and luminaries on the single film that helped shaped their lives!*
158
Paperback
-12% $17⁶⁶
List: $19.99

FREE delivery **Fri, Jun 12**

**Would You Rather? Bo : For Kids and Family: The Book of Silly Scenarios, Challeng...**
Riddleland
757
Paperback
$11⁹⁷
**Two-Day**
FREE delivery **Thu, Jun 1**

## Rate today's book shopping experience

Very poor    Poor    Neutral    Good    Great

## Related books

Sponsored

# Exhibit F

# C.T. Phipps

## Author of horror, sci-fi, and superheroes.

# NEW BOOK: I WAS A TEENAGE WEREDEER

JULY 24, 2017AUGUST 2, 2017  /  C.T. PHIPPS



(https://ctphipps.com/wp-content/uploads/2017/07/1536147532.jpg)

Hey folks,

I wanted to let my fans know I have a new work in process. I know I should be finishing up all of my existing IPs and not creating new ones but this one is harder than most to ignore. It's about 45K into a 90K novel hard to ignore and that's only been written in the past month.

Specifically, the novel is I WAS A TEENAGE WEREDEER by Michael Suttkus and I. I know what you're thinking, surely that can't be the title but this may surprise you to know I have a tendency to write irreverent funny novels.

In this case, IWATW is another urban fantasy novel. I was pretty bummed about the genre due to the events surrounding ESOTERRORISM and my "divorce" from Ragnarok Publications. Well, now that Esoterrorism is going to be republished and finished as a trilogy with Amber Cover, I feel like I can once more write in the genre. I already took a dip with STRAIGHT OUTTA FANGTON that this novel technically takes place in.

Case 1:26-cv-05083-LTS    Document 1    Filed 06/12/26    Page 48 of 50

 (https://ctphipps.com/wp-content/uploads/2017/07/tpss9.png)

Jane Doe, yes her parents were cruel, is a young community college student/waitress/weredeer in Bright Falls, Michigan. It's an ordinary rural community with the exception of being home to the majority of shapeshifters in the United States. Divided into clans, she belongs to the shamanistic Cervid who are the spiritual leaders of their people.

Jane is…not suited for such a position. That doesn't stop her from getting involved when murder strikes their town and she is forced by her best friend to use what little psychic talents she has to help. This leads to uncovering her hometown's terrible secrets and getting chased by far too many monsters that consider her a tasty snack.

Teaming up with her werewolf bestie Emma, a eccentric FBI agent wizard, and a dragon–she may just survive this situation long enough to solve who murdered the town sweetheart.

IWATW is inspired by my love of TWIN PEAKS, THE SOUTHERN VAMPIRE MYSTERIES, and BUFFY THE VAMPIRE SLAYER. I hope everyone who loves my other novels will agree to check this one out.

Uncategorized
**BRIGHT FALLS MYSTERIES** , **NEWS**

BLOG AT WORDPRESS.COM.

Lap-Sum Chan
4266 Saull Street
Flushing NY 11355

Retail


UNITED STATES
POSTAL SERVICE®

RDC 99

10007

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10020
JUN 10, 2026

$2.72

S2324E502078-07

U S District Court
Pro Se Intake Unit
500 Pearl Street, Room 205
NY NY 10007

