Lap-Sun Chan
4266 Saull Street
Flushing, NY 11355

RECEIVED
AUG 21 2026
PRO SE OFFICE

August 17, 2026

District Court
500 Pearl Street
New York, NY 10007

Judge Swain:

This letter is about case 26-CV-5083, citing defendants CT Phipps, Michael Suttkus and Crossroad Press. I intend to pay the court filing fee. However, I was delayed because of work-related issues. May I ask the court to extend the deadline for another month?

Sincerely,

Mr. Chan

Lap-Sum Chan
4266 Saull St.
Flushing NY 113?5

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 21 AM 10: 22

MID-ISLAND NY 117
18 AUG 2026 PM 4 L



RECEIVED
AUG 20 2026
CLERK'S OFFICE
S.D.N.Y.

USM
SDNY

**Pro Se**

District Court
500 Pearl St
NY NY 10007

10007-131699